United States District Court
Southern District of Texas
**ENTERED**
November 18, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| ARDELLE CAVAZOS & JUAN CAVAZOS,       § § §<br>  "Plaintiffs,"       §<br>v.       § § §<br>ALLSTATE VEHICLE AND       §<br>PROPERTY INSURANCE COMPANY,       §<br>  "Defendant."       | Civil Action No. 1:23-cv-00143 |

## ORDER

    Before the Court is the "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" (Dkt. No. 14). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs' claims against Defendant are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on November 18, 2024.

                                                                  _____
                                                                  Rolando Olvera
                                                                  United States District Judge